IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-576-FL

| | |
|---|---|
| MIGUEL CONTRERAS, *individually and on behalf of all similarly situated individuals*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRICOMM UTILITY SERVICES LLC; MICHAEL SWEAT; and NICHOLAS BONEY, | ) ) ) ) |
| Defendants. | ) |

**ENTRY OF DEFAULT**

This matter is before the clerk on the plaintiff's motion for entry of default [DE-26] as to defendants Tricomm Utility Services LLC and Nicholas Boney.

The record shows that plaintiff effected service on defendants Tricomm Utility Services LLC and Nicholas Boney, and that these defendants have failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure. The motion is granted, and default is hereby entered against defendants Tricomm Utility Services LLC and Nicholas Boney.

SO ORDERED. This the 6th day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court