UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MIGUEL CONTRERAS,
CARLOS AGUILAR, and
RENE SALVATIERRA,

    Plaintiffs,

v.

**JUDGMENT**

No. 5:15-CV-576-FL

TRICOMM UTILITY SERVICES, LLC,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2018, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on March 2, 2018, and Copies To:**
Kevin J. Stoops (via CM/ECF Notice of Electronic Filing)
Pedro E. Krompecher (via CM/ECF Notice of Electronic Filing)
Gerald A. Jeutter, Jr. (via CM/ECF Notice of Electronic Filing)

March 2, 2018                  PETER A. MOORE, JR., CLERK
                                  /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk